# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TINA MARIE DUNCAN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:05-cr-0012 CMK**<br><br>Aaron Williams<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): I.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a) | Possess a Controlled Substance | 07/29/05 | I |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[X] Count(s) _II and III_ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

02/07/2006
Date of Imposition of Judgment

/s/ Craig M. Kellison
Signature of Judicial Officer

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

02/09/2006
Date

DEFENDANT: TINA DUNCAN

# IMPRISONMENT

As to Count I, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ten (10) days.

The court makes the following recommendations to the Bureau of Prisons: that the Defendant serve said term of imprisonment in the Tehama County Jail.

The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on February 24, 2006, before 2:00 p.m. as notified by the United States Marshal or, if no such institution is designated, to the United States Marshal at 501 I Street, Sacramento, California.